**T.E.F., a minor by and through her parent; et al., Plaintiffs— Appellees,**

v.

**Richard DASEN, Defendant— Appellant.**

**No. 05–35700.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 8, 2005.*

Decided Nov. 16, 2005.

Monte D. Beck, Esq., Jory Ruggiero, Beck, Amsden & Ruggiero, PLLC, Bozeman, MT, for Plaintiffs–Appellees.

John E. Bohyer, Esq., Phillips & Bohyer, P.C., Missoula, MT, for Defendant–Appellant.

Before: WALLACE, LEAVY, and BERZON, Circuit Judges.

MEMORANDUM **

This preliminary injunction appeal comes to us for review under Ninth Circuit Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We subject a district court's order regarding preliminary injunctive relief to only limited review. *Walczak v. EPL Pro-*

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*long, Inc.*, 198 F.3d 725, 730 (9th Cir.1999). Our review of an order regarding a preliminary injunction "is much more limited than review of an order involving a permanent injunction, where all conclusions of law are freely reviewable." *Id.* A decision regarding a preliminary injunction is reviewed for abuse of discretion, which occurs only if the district court based its decision on either an erroneous legal standard or clearly erroneous factual findings. *Id.*

The district court did not abuse its discretion here. *See Martin v. Int'l Olympic Comm.*, 740 F.2d 670, 674–75 (9th Cir. 1984). We therefore affirm the district court's order granting plaintiff's motion for a preliminary injunction. Our disposition will affect the rights of the parties only until the district court renders final judgment. *Sports Form, Inc. v. United Press International*, 686 F.2d 750, 752 (9th Cir. 1982).

Appellee's motion to strike appellant's reply brief is denied. Appellee's request, in the alternative, for permission to file a sur-reply is denied as unecessary.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.